FILED EC
8/17/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHREEN HUSAIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cv-03564 |
| ) | |
| GOLD COAST EXOTIC IMPORTS, LLC, ) | Judge Tharpe |
| JOSEPH J. PERILLO, MIR IMAD KHAN, ) | Magistrate Judge Finnegan |
| SALEEM BEG, PATRICIA MENDEZ and ) | |
| JOSEPH ABBAS And JOHN DOES ) | |
| NUMBERS 1-5 ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COME NOW Plaintiff Mahreen Husain, and files her objection to Eydie R. Vanderbosch, Esq. Motion to Withdraw as Attorney of Record and as good grounds therefore shall state as follows:

1. Counsel has entered into Joint Representation contract with Plaintiff and her fiancé, Michael Reazuddin, as Eydie R. Vanderbosch Esq. Legal & Consulting Services, LLC, an Illinois limited liability company and has engaged to provide legal services as a corporate entity (Exhibit-A), has made court appearances and executed court documents and has represented herself to the public at large as an LLC dispensing legal services in violation of 705 ILCS 220 § 1 and § 4 of the Corporation Practice of Law Prohibition Act. She cannot, now, seek assistance of this court to redress her grievances. The purpose of LLC she stated is to insulate herself from law practice liability and disciplinary actions from regulatory body (a misbelief). But this court has authority to seek lawful compliance from its officers in order to protect the dignity and integrity of the court.

2. Plaintiff had to travel out of country for a bereavement in the family. Due to

matter relating to wills and probate Plaintiff's return has been delayed. Plaintiff had no notice of Counsel's Motion to Withdraw, nor did Plaintiff anticipate such an abrupt action by Counsel over her unwillingness to discuss and resolve overbilling issues and then resort to self-help (fraud) to pay herself. Assuming Counsel has provided Notice of Motion to Withdraw as required by Il. Sup. Ct. R 13(c)(2), Plaintiff did not receive such notice prior to commencing her travel. Plaintiff was first alerted to Counsel's Motion to Withdraw by her fiancé Michael Reazuddin, who is also being represented by this Counsel in another matter before Judge Pacold (Case Number 22-cv-03643) and thus Plaintiff prepared this Objection to Counsel's Motion to Withdraw for this Court's consideration.

3. Furthermore, on August 11, 2022, Counsel has engaged in theft of funds from Plaintiff's Joint Bank Account with her fiancé using his Debit Card Number to manually process payments through Counsel's LawPay Account in the total amount of $7,053.45. (Exhibit-B) The auto generated emails from LawPay conclusively proves that the three LawPay fraudulent transactions were initiated by Counsel for the unauthorized taking of money from Plaintiff's Joint Bank Account without their knowledge and consent and the transactions were confirmed by LawPay. Reports of fraud have been filed with LawPay, Attorney Registration and Disciplinary Commission (ARDC), the Attorney General's Office and the Chicago Police Department. Any order of withdrawal as counsel should be conditioned upon disgorging the ill-gotten gains through restitution to Plaintiff.

4. Counsel has not completed the terms of the engagement agreement she signed up for being aware of its scope. The terms of such agreement required representation in pretrial litigation, filing the complaint, conducting written and oral discovery, Court appearances for hearings, motions, briefs, trial, prove-up damages and complete such additional specific matters as required. The complaint in this matter was filed on July 8, 2022, and none of the defendants have been served yet. If service of process is not timely effected in the next few weeks, the probability of dismissal becomes imminent, and refiling of the complaint will be time barred. Therefore, any order to withdraw as Counsel must be

conditioned that Counsel ensure that service of process is accomplished unless Plaintiff is able to engage substitute Counsel prior to such an event.

5. After having raided Plaintiff's Joint Bank Account in unauthorized taking of $7,053.45, Counsel in her motion to withdraw alleges Plaintiff has failed to meet his obligation as to expenses or fees. Substantial payments were made (although inconsistent with the meager result obtained) in reliance on Counsel's repeated assurances that billing hours were discounted since majority of the research, drafting of complaint and investigative work were either undertaken by Plaintiff's fiancé Michael Reazuddin and/or outsourced and paid for by Plaintiff. At the behest of Plaintiff fiancé's accountant, Plaintiff became aware that Counsel had overbilled for services by double staffing, block entries, generic descriptions, and padded hours. Plaintiff's request to review, resolve and offer to settle the overbilling was met with Counsel's invectives and expletives and the instant filing for withdrawal as attorney of record. Counsel effort is to abandon responsibility and evade refund for overbilled payments received by her and money obtained through bank fraud.

6. Counsel has further sent extortionate email that all documents, pleadings, communications with agencies and litigation related documents will be withheld as "attorney's work product" until payment is received notwithstanding that no payments are owed and a refund for overbilled payments are due back from Counsel to Plaintiff together with the money ($7,053.45) obtained by fraud. Ill. Sup. Ct. R. 1.16(d) states, "*Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred*". Any order of withdrawal by this Court relieving Counsel as attorney of record should be conditioned in accordance with the requirement of this rule.

WHEREFORE, Plaintiff respectfully request that if this Court is inclined to enter an

Order granting Counsel's Motion to Withdraw prior to Plaintiff availing the services of a substitute Counsel then such Order should comport with Ill. Sup. Ct. R. 1.16(d) and require Counsel take following remedial steps to prevent prejudice and irreparable damage to Plaintiff and her pending litigation before this court:

(a) Continue representation for 45 days to allow Plaintiff time to obtain substitute Counsel.
(b) Ensure that all Defendants are served with summons and complaints within specified time for service of such pleading to prevent dismissal of complaint.
(c) Return to Plaintiff his entire file including but not limited to documents, pleadings, complaints, orders, summons, communications with agencies or third parties and all related litigation documents and property in possession of Counsel or any third parties known to Counsel.
(d) Agree to discuss, review and settle any overbilled charges with Plaintiff.
(e) Return to Plaintiff $7,053.45 obtained by fraud from Plaintiff's Joint Bank Account as funds are necessary to hire new Counsel and prevent financial hardship to Plaintiff.

and for such other and further relief as this court deems equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

*Mahreen Hussain*
Mahreen Husain
1672 Granville Court
Lawrenceville, GA 30043
(832) 206-8352

PLAINTIFF *pro se*

Exhibit-A



# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 08520054 |
| Entity Name | EYDIE R. VANDERBOSCH, ESQ.- LEGAL & CONSULTING SERVICES, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
323 WILDFLOWER ST
DES PLAINES, IL 600160000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Monday, 2 March 2020

**Jurisdiction**
IL

**Duration**
PERPETUAL

### Agent Information

Name
EMILY AGOSTO

Address
3639 N SACRAMENTO AVE
CHICAGO , IL 60618

Change Date
Monday, 2 March 2020

## Annual Report

For Year
2022

Filing Date
Friday, 28 January 2022

## Managers

Name
Address
VANDERBOSCH, EYDIE R.
323 WILDFLOWER ST
DES PLAINES, IL 60016

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

# Exhibit-B

 **Gmail**                                                                 Mike Reazuddin <mikereazuddin@gmail.com>

# Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $3,731.50
1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>    Thu, Aug 11, 2022 at 9:06 AM
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com



## Payment Receipt                                                                                        $3,731.50

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**                                **Account Holder**
                                                                                                         MIKE REAZUDDIN
10 South Riverside Plaza                                                                                6012 W 142nd Street
Suite 875                                                                                        Overland Park, Kansas 66223
Chicago, Illinois 60606
(312) 523-5299

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $3,731.50 |
| **Reference:** | Invoice 623 | **Payment Method:** | VISA |
| | | **Card Number:** | ************5275 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 010610 |
| | | **Payment Date:** | August 11, 2022 09:06 am |
| | | **Transaction Id:** | 69057280 |

                                                                                              ervjd.com/
POWERED BY LAWPAY                                                                                    eydie@ervjd.com

 **Mike Reazuddin <mikereazuddin@gmail.com>**

## Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $2,434.40
1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>   Thu, Aug 11, 2022 at 9:10 AM
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com



## Payment Receipt                                                                $2,434.40

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**

10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 523-5299

**Account Holder**
MIKE REAZUDDIN
6012 W 142nd Street
Overland Park, Kansas 66223

### Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $2,434.40 |
| **Reference:** | 598 Remaining balance | **Payment Method:** | VISA |
| | | **Card Number:** | ************5275 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 031010 |
| | | **Payment Date:** | August 11, 2022 09:10 am |
| | | **Transaction Id:** | 69057542 |



ervjd.com/
eydie@ervjd.com

 **Mike Reazuddin <mikereazuddin@gmail.com>**

## Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $887.55

1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>      Thu, Aug 11, 2022 at 9:03 AM
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com



**Payment Receipt**     **$887.55**

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**
10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 523-5299

**Account Holder**
MIKE REAZUDDIN
6012 W 142nd Street
Overland Park, Kansas 66223

### Payment Summary

| | |
|---|---|
| **Account:** | Trust |
| **Reference:** | Invoice 598 |

| | |
|---|---|
| **Amount Paid:** | $887.55 |
| **Payment Method:** | VISA |
| **Card Number:** | ************5275 |
| **Entry Mode:** | Manual |
| **Auth Code:** | 010310 |
| **Payment Date:** | August 11, 2022 09:03 am |
| **Transaction Id:** | 69057204 |



ervjd.com/
eydie@ervjd.com