Case: 1:22-cv-03564 Document #: 25 Filed: 09/28/22 Page 1 of 19 PageID #:101

FILED
9/28/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SMB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHREEN HUSAIN<br><br>Plaintiff,<br><br>v.<br><br>GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br><br>Defendant. | Case No. 22-cv-03564<br><br>Judge: Hon. John Tharpe<br>Magistrate Judge: Hon. Finnegan |

**PLAINTIFF MAHREEN HUSAIN'S STATUS STATEMENT
ON COUNSEL'S MOTION TO WITHDRAW**

Currently before this Court is Plaintiff's Counsel, Eydie R. Vanderbosch's pending Motion to Withdraw as Counsel of Record. Plaintiff MAHREEN HUSAIN respectfully submits her Status Statement to aid this court in the proper determination of this matter:

1. On August 18, 2022, this court heard the matter of Plaintiff Counsel's Motion to Withdraw as Counsel of Record. Due to exigent circumstances Plaintiff was not in attendance at the hearing. Despite Plaintiff's best effort to wrap up matters and return home has been stifled due to unforeseen circumstances.

2. On August 18, 2022, this Court continued the hearing to September 30, 2022, and entered a Minute Order staying this matter "except for actions necessary to effect service on the defendants". Based on the Court's order, Plaintiff asked Mr. Reazuddin to take care of the service of summons in this case, since he had engaged Mr. Corey Fertel of United Processing Inc ("UPI"), to serve summons on the same defendants in his case pending in Hon. Pacold's

Courtroom. Counsel, as attorney of record, took advantage and interfered with Mr. Reazuddin's (a former client) contract with "UPI" which resulted in price increase from $459.00 to $2752.00. Counsel had a longtime business dealing with UPI. Having no other means to bill client on a "stayed" case, Counsel then asked "UPI" to bill under her firm's name the amount of $2752.00 and asked "UPI" to cite the reason that it was being done to match her name on the summons. (**Exhibit-1**) Then, at Counsel's behest "UPI" created two invoices, one for Plaintiff for $1,251.00 (**Exhibit-2**) and the other for Mr. Reazuddin for $1501.00 (**Exhibit-3**) which the Counsel intended to collect under the improper Attorney's Lien she has inappropriately filed in the court docket of both cases. When asked to file release and satisfaction for those attorney liens, Counsel refused stating money was due under "UPI" invoices although Mr. Reazuddin had paid in full the contract price for both services. Counsel has engaged in deceitful act and fraudulent conduct that disparages the legal profession.

3. This Court's Minute Order on August 18, 2022, specifically ordered Counsel to return all evidentiary material to Plaintiff on or before 9/30/2022. Since Counsel had joint representation, she had acquired all Plaintiff's evidentiary material contained in a USB flash drive including Plaintiff's personal information such as copy of drivers license by and through Mr. Reazuddin. Since Plaintiff did not hear from Counsel on this issue for nearly 33 days, on September 21, 2022, Plaintiff sent a written communication to Counsel (**Exhibit-4**) and asked that all material be handed over to Mr. Reazuddin prior to 9/30/2022 hearing which the Counsel declined. Plaintiff intended to ask this court to relieve Counsel as attorney of record due to her dishonest and untrustworthy conduct and deceptive practices of phantom billing and her refusal to remove her improper Attorney Liens.

4. Furthermore, Counsel's continued representation of Plaintiff runs into conflict with her former client, Mr. Reazuddin and as a long term practicing attorney Counsel knew or

2

should have known that joint representation is prohibited under Il.Sup.Ct.R 1.7(a) and Il.R.P.C 1.9(a). Counsel's engagement agreement merely touches upon conflict between business entities and its managers but obviates the perils of double representation. Her dereliction by failing to advise and seek waivers from both clients coupled with her dishonest and deceptive practices involving her current and former client has made this situation grim. Based on those reasoning, the Attorney-Client relationship in this matter has become untenable.

5. Plaintiff is currently seeking to retain the services of a new counsel, but due to her personal situation from being away from home, Plaintiff has requested Mr. Reazuddin to assist and expedite this course of action. He has advised Plaintiff that based on his consultations he expects to have a counsel on the case in a reasonably short time.

WHERETOFORE, Plaintiff respectfully requests that this Court enter an order granting the following relief to Plaintiff:

(a) Discharge Counsel pursuant to Il.Sup.Ct.R 1.16(d)(3) for misconduct and/or conflict of interest from prohibitive joint representation or alternatively grant Counsel's pending Motion to Withdraw as Attorney of Record.

(b) Stay the case until October 21, 2022, to allow Plaintiff to procure new counsel and enlarge the time to effect service on the defendants until October 21, 2022, pursuant to F.R.C.P Rule 4(m).

(c) Permit amendment of summons that are already served on defendants pursuant to F.R.C.P 4(2) to modify the name and address of Plaintiff's new Counsel or of the Plaintiff as required by F.R.C.P 4(1)(C).

(d) Order Counsel to return Plaintiff's evidentiary material to Mr. Michael Reazuddin, including but not limited to documents, pleadings, flash drives, orders, communications with agencies, third parties and all personal information such as copies of Driver's License etc. and comport with Il.Sup.Ct.R. 1.16(d).

(e) Impose appropriate sanctions for refusing to return evidentiary

material to Plaintiff or at the direction of Plaintiff to Mr. Reazuddin, by 9/30/22 as ordered by this Court on 8/18/22.

(f) Retain jurisdiction over Counsel to seek compliance with this Court's Orders.

and for such other and further relief as this court deems equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

*Mahreen Husain*

Mahreen Husain
1672 Granville Court
Lawrenceville, GA 30043
Telephone: (832) 206-8352

PLAINTIFF *Pro Se*

CERTIFICATE OF SERVICE

The undersigned, Michael Reazuddin, states that on the 28th day of September, 2022, he caused the foregoing, Plaintiff Mahreen Husain's Status Statement on Counsel's Motion to Withdraw to be filed electronically with the Clerk of the Northern District of Illinois, Eastern Division, and to be served by the electronic filing service on all counsel of record.

_____
Michael Reazuddin

Exhibit-1



**Mike Reazuddin <mikereazuddin@gmail.com>**

## Letter, Documents and Invoice
25 messages

**Corey Fertel** <coreyf@unitedproc.com>                              Mon, Sep 19, 2022 at 11:21 AM
To: Mike Reazuddin <mikereazuddin@gmail.com>
Cc: Mark Skrzydlak <marks@unitedproc.com>

Mike:

Per Eydie she is still the attorney of record for your fiance's case she is only removed from yours. Therefore since her name is on the summons I have the invoices created with her name on it as we always match them to the summons and complaint. Below is a breakdown of each address for each defendant. The total should have been 2752 and you are only paying 1259. Please return a copy of the letter I attached here (all 3 pages not just the signature page) and I will make sure by Friday you have all affidavits of service and non service for each case. Only 2 defendants were not served. I am pretty sure if you call all of Perillo dealerships you might be able to find Mendez. Please submit the final 300 and I will make sure all affidavits are nreturned (not filed as they are federal) and will not be performing any more work on either case except returning the affidavits. Attached is the correspondence you requested, various emails/correspondence and the 2 invoices for each case.



Re:

1:22-cv-03564 Husian v Gold Coast Exotic Imports, LLC, et al.
1:22-cv-03643 Reazuddin v Gold Coast Exotic Imports, LLC, et al.

Mike pursuant to our conversation here is where your and your fiancé's case stand and a breakdown of each address.

Mir Imad Khan
C/O John Papadia 8501 West Higgins Road, Suite 340Chicago, IL 60631
834 N Rush St
Chicago, IL 60611
1221 N WESTRIDGE PL
Addison, IL 60101
Addison address not on original quote because it did not exist yet and we decided to keeps costs down we exhaust all resources first. Address located 9/16/22. 834 Rush server told not employed. Higgins address incorrect as well.
**Served 9/18/22.** 2 addresses attempted before new residential address was located. 3 addresses total.

Joseph Abbas
C/O John Papadia 8501 West Higgins Road, Suite 340
Chicago, IL 60631
834 N Rush St
Chicago, IL 60611


Exhibit-1

Exhibit-2

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140

Invoice #: 394665

OurTax Id #: **36-3773358**

Date: 09/19/2022

Eydie R. Vanderbosch, Esq Legal and
Consulting Services
10 South Riverside Plaza, Suite 875
Chicago, IL 60606
Attn: **Brandi Brennan**

## INVOICE FOR SERVICE

Service #754162: Gold Coast Exotic Imports, LLC
MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03564

$90.00

Service #754164: Mir Imad Khan
MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03564

$90.00

Service #752317: Gold Coast Exotic Imports, LLC
MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03564

$76.50

**Exhibit-2**

1

| | |
|---|---:|
| Service #753232: Gold Coast Exotic Imports, LLC<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File#<br>Court Case #: 1:22-cv-03564 |
| Service of Process-Routine | $76.50 |
| Service #753234: Gold Coast Exotic Imports, LLC<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File#<br>Court Case #: 1:22-cv-03564 |
| Service of Process-Routine | $76.50 |
| Service #752318: Saleem Beg<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File#<br>Court Case #: 1:22-cv-03564 |
| Service of Process-Routine | $76.50 |
| Service #753235: Saleem Beg<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File#<br>Court Case #: 1:22-cv-03564 |
| Service of Process-Routine | $76.50 |
| Service #752319: Patricia Mendez<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File#<br>Court Case #: 1:22-cv-03564 |
| Service of Process-Routine | $76.50 |

| | | |
|---|---|---|
| Service #753236: Patricia Mendez<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564 | $76.50 |
| Service #752321: Mir Imad Khan<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564 | $76.50 |
| Service #753238: Mir Imad Khan<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564 | $76.50 |
| Service #752322: Joe Perillo<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564 | $76.50 |
| Service #753233: Joe Perillo<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564 | $76.50 |
| Service #753239: Joe Perillo<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. | Your File#<br>Court Case #: 1:22-cv-03564 | |

| | |
|---|---:|
| PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | $76.50 |
| Service #752323: Joseph Abbas<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564<br><br>$76.50 |
| Service #753240: Joseph Abbas<br>MAHREEN HUSAIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5<br>Service of Process-Routine | Your File#<br>Court Case #: 1:22-cv-03564<br><br>$76.50 |

**TOTAL CHARGES:** $1251.00

**BALANCE:** $1251.00

# Exhibit-3

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140

Invoice #: 394663

OurTax Id #: **36-3773358**

Date: 09/19/2022

Eydie R. Vanderbosch, Esq Legal and
Consulting Services
10 South Riverside Plaza, Suite 875
Chicago, IL 60606
Attn: **Brandi Brennan**

## INVOICE FOR SERVICE

Service #752542: Mir Imad Khan
MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Non-Service

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #752543: Joseph Abbas
MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Non-Service

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #752544: Joe Perillo
MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5
Non-Service

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #752545: Gold Coast Exotic Imports, LLC
MICHAEL REAZUDDIN v. GOLD

Your File#
Court Case #: 1:22-cv-03643

Exhibit-3

1

COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Non-Service                                                                 $76.50

Service #752546: Saleem Beg                              Your File#
MICHAEL REAZUDDIN v. GOLD                      Court Case #: 1:22-cv-03643
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Non-Service                                                                 $76.50

Service #752547: Patricia Mendez                         Your File#
MICHAEL REAZUDDIN v. GOLD                      Court Case #: 1:22-cv-03643
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Non-Service                                                                 $76.50

Service #754163: Mir Imad Khan                           Your File#
MICHAEL REAZUDDIN v. GOLD                      Court Case #: 1:22-cv-03643
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine                                                  $90.00

Service #754161: Gold Coast Exotic                       Your File#
Imports, LLC                                   Court Case #: 1:22-cv-03643
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine                                                  $90.00

Service #753246: Mir Imad Khan                           Your File#
MICHAEL REAZUDDIN v. GOLD                      Court Case #: 1:22-cv-03643
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD

KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine $76.50

Service #753249: Joseph Abbas
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #753247: Joe Perillo
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #753248: Joe Perillo
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #753242: Gold Coast Exotic
Imports, LLC
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA
MENDEZ and JOSEPH ABBAS And
JOHN DOES NUMBERS 1-5
Service of Process-Routine

Your File#
Court Case #: 1:22-cv-03643

$76.50

Service #753243: Gold Coast Exotic
Imports, LLC
MICHAEL REAZUDDIN v. GOLD
COAST EXOTIC IMPORTS, LLC,
JOSEPH J. PERILLO, MIR IMAD
KHAN, SALEEM BEG, PATRICIA

Your File#
Court Case #: 1:22-cv-03643

3

| | | |
|---|---|---|
| MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | | |
| Service of Process-Routine | | $76.50 |
| Service #753244: Saleem Beg MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File# Court Case #: 1:22-cv-03643 | |
| Service of Process-Routine | | $76.50 |
| Service #753245: Patricia Mendez MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File# Court Case #: 1:22-cv-03643 | |
| Service of Process-Routine | | $76.50 |
| Service #754350: Mir Imad Khan John Papadia MICHAEL REAZUDDIN v. GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ and JOSEPH ABBAS And JOHN DOES NUMBERS 1-5 | Your File# Court Case #: 1:22-cv-03643 | |
| Investigation | Locate Report-Mir Imad Khan | $125.00 |
| Investigation | Locate Report-John Papadia | $125.00 |
| **TOTAL CHARGES:** | | **$1501.00** |
| **BALANCE:** | | **$1501.00** |

4

# Exhibit-4

To: Eydie Vanderbosch, Esq

From: Mahreen Husain

September 21, 2022

Ms. Vanderbosch,

    Due to a recent bereavement in my family I had to travel overseas. My stay here was unexpectedly delayed due to will and probate matters. I am aware that you have a pending motion to withdraw as counsel of record for which I filed an objection and the court rescheduled the hearing for September 30, 2022, at 9.00 AM. Mike Reazuddin informs me that in the last hearing the court had ordered that to prevent prejudice to my case you are required to return all case related material and documents to me.

    Mr. Reazuddin has provided me with a filed copy of the complaint and the summons and states any other document and/or investigative records from AG's Office and other agencies relating to my case is in your possession. I understand there were some unsettled issues relating to your disputed invoices, but he states that you have fully paid yourself and nothing is due anymore. Therefore, I would request that you provide me with all the documents you have in your possession relating to my case including investigative records.

    I further understand that you have also filed attorney's lien documents in my case in the court docket contrary to the Illinois Attorney Lien Statutes. You have also mailed letter to Gold Coast regarding your Attorney's Lien. Since no further money is owed, I request that you file a "release and satisfaction" in the court docket against the Lien you had filed and also send a copy to Gold Coast to retract your previous lien notice to them.

    I request that you take care of this matter prior to the September 30, 2022, hearing so I can advise the court accordingly. Since had joint representation, I am requesting that you email all my records to Mike Reazuddin until further notice.

Sincerely,

*Mahreen Husain*

Mahreen Husain

Exhibit-4