**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mahreen Husain

         Plaintiff,

v.               Case No.: 1:22–cv–03564
                Honorable John J. Tharp Jr.

Gold Coast Exotic Imports, LLC, et al.

         Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

   MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons set forth in the Statement below, defendant Gold Coast Exotic Imports, LLC's motions to dismiss in cases 22–cv–3564 and 22–cv–3643 are granted, as the claims asserted are subject to arbitration pursuant to a prior ruling by a state court. Amendment will not cure this preclusion, so the dismissals are with prejudice. Judgment will be entered for the defendants. The Clerk is directed to terminate these cases. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.