IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHREEN HUSAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22-CV-03564 |
| GOLD COAST EXOTIC IMPORTS, LLC, JOSEPH J. PERILLO, MIR IMAD KHAN, SALEEM BEG, PATRICIA MENDEZ, JOSEPH ABBAS, and JOHN DOES NUMBERS 1-5 | ) ) Judge John J. Tharp, Jr. ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on a motion to dismiss for failure to state a claim, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Gold Coast Exotic Imports, LLC, Joseph J. Perillo, Mir Imad Khan, Saleem Beg, Patricia Mendez, Joseph Abbas, and John Does Numbers 1-5 and against plaintiff Mahreen Husain. The defendants may recover costs.

Date: September 26, 2023

_____
John J. Tharp, Jr.
United States District Judge